UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 4:10-CV-21-BO

| | |
|---|---|
| LESLIE LINCOLN, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>) **ORDER**<br>CITY OF GREENVILLE POLICE )<br>DEPARTMENT, PITT COUNTY, )<br>JOSEPH M. SIMONOVICH, IN HIS )<br>INDIVIDUAL AND OFFICIAL )<br>CAPACITIES, DAVID R. "RICKY" )<br>BEST, IN HIS INDIVIDUAL AND )<br>OFFICIAL CAPACITIES, DISTRICT )<br>ATTORNEY WILLIAM CLARK )<br>EVERETT, IN HIS INDIVIDUAL )<br>AND OFFICIAL CAPACITIES, )<br>KIMBERLY ROBB, IN HER )<br>INDIVIDUAL AND OFFICIAL )<br>CAPACITIES, BRENDA BISSETTE, )<br>IN HER INDIVIDUAL AND )<br>OFFICIAL CAPACITIES, AND THE )<br>NORTH CAROLINA STATE )<br>BUREAU OF INVESTIGATION, )<br>)<br>Defendants. ) | |

**THIS CAUSE** being heard by the undersigned Judge Presiding on Motion of the Defendants, Hon. William Clark Everett, District Attorney for the 3A Prosecutorial District and Kimberly Robb, Assistant District Attorney for the 3A Prosecutorial District pursuant to Rule 6(b) of the Federal Rules of Civil Procedure by and through counsel for an order extending the time within which to serve a responsive pleading or dismissal motion, and it appearing unto the

Court that the time allowed for responding or otherwise pleading has not expired and that there exists good cause to grant the motion so the motion should be allowed,

    IT IS THEREFORE ORDERED that the time for serving an answer or otherwise pleading in response to the Complaint be and the same is hereby extended to the 9th day of August, 2010.

    This the _____day of July, 2010.

    By: _____
        Judge Presiding